**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joshua S. Herion                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-13569 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Planet Home Lending, LLC and index same on the master mailing list.

                     Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
13 Dec 2023, 15:05:28, EST

           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322