## Payroll - Employee Earnings Detail History
## Cornell & Company Inc.

Report Type: Selected Sections by Employee
Year: 2023

**Employee:** HER679    JOSHUA HERION

| Period Date | Check Date | Union | Gross Wages | Hours Worked | Hours Paid | Total Deductions | Total Fringes Included in Pay | Total Fringes Not Included in Pay |
|---|---|---|---|---|---|---|---|---|
| 05/20/23 | 05/24/23 | OE542 | 1,905.36 | 40.00 | 40.00 | 74.31 | 0.00 | 1,244.48 |
| 05/27/23 | 05/31/23 | OE542 | 1,831.12 | 40.00 | 40.00 | 71.41 | 0.00 | 1,222.58 |
| 06/03/23 | 06/07/23 | OE542 | 1,794.00 | 40.00 | 40.00 | 69.97 | 0.00 | 1,211.63 |
| 06/10/23 | 06/14/23 | OE542 | 1,435.20 | 32.00 | 32.00 | 55.97 | 0.00 | 969.30 |
| 06/17/23 | 06/21/23 | OE542 | 1,995.83 | 43.00 | 44.50 | 77.84 | 0.00 | 1,335.70 |
| 06/24/23 | 06/28/23 | OE542 | 2,217.38 | 44.50 | 46.75 | 86.48 | 0.00 | 1,433.33 |
| 07/01/23 | 07/05/23 | OE542 | 1,076.40 | 24.00 | 24.00 | 41.98 | 0.00 | 738.97 |
| 07/08/23 | 07/12/23 | OE542 | 1,794.00 | 40.00 | 40.00 | 69.97 | 0.00 | 1,231.63 |
| 07/15/23 | 07/19/23 | OE542 | 1,942.85 | 41.50 | 42.25 | 75.77 | 0.00 | 1,308.58 |
| 08/12/23 | 08/16/23 | OE542 | 1,794.01 | 40.00 | 40.00 | 69.97 | 0.00 | 1,231.63 |
| 08/19/23 | 08/23/23 | OE542 | 1,794.01 | 40.00 | 40.00 | 69.97 | 0.00 | 1,231.63 |
| 08/26/23 | 08/30/23 | OE542 | 1,839.12 | 40.00 | 40.00 | 71.73 | 0.00 | 1,244.94 |
| 09/02/23 | 09/06/23 | OE542 | 986.70 | 22.00 | 22.00 | 38.48 | 0.00 | 677.39 |
| 09/09/23 | 09/13/23 | OE542 | 1,794.01 | 40.00 | 40.00 | 69.97 | 0.00 | 1,231.63 |
| 09/16/23 | 09/20/23 | OE542 | 1,794.00 | 40.00 | 40.00 | 69.97 | 0.00 | 1,231.63 |
| 09/23/23 | 09/27/23 | OE542 | 1,794.02 | 40.00 | 40.00 | 69.97 | 0.00 | 1,231.63 |
| 09/30/23 | 10/04/23 | OE542 | 1,794.01 | 40.00 | 40.00 | 69.97 | 0.00 | 1,231.63 |
| 10/07/23 | 10/11/23 | OE542 | 1,861.68 | 40.00 | 40.00 | 72.61 | 0.00 | 1,251.60 |
| 10/14/23 | 10/18/23 | OE542 | 2,063.10 | 44.00 | 46.00 | 80.46 | 0.00 | 1,399.06 |
| 10/21/23 | 10/25/23 | OE542 | 1,794.00 | 40.00 | 40.00 | 69.97 | 0.00 | 1,231.63 |
| | | OE542 | 41,101.76 | 885.50 | 894.25 | 1,603.01 | 0.00 | 27,575.30 |
| | | Z001 | 5,001.67 | 113.50 | 113.50 | 1,050.10 | 0.00 | 0.00 |
| **Total** | | | **46,103.43** | **999.00** | **1,007.75** | **2,653.11** | **0.00** | **27,575.30** |

**Time Card Costs:**

**Employee:** HER679    JOSHUA HERION

| Period Date | Check Date | Cost Method | Analysis | Regular Hours | Overtime Hours | Double Time Hours | Gross Wages | Taxes and Insurance | Fringes | Reimbursable | Allocations | Total Burdened Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/25/23 | 03/25/23 | GL | 994000 | 464.00 | 0.00 | 0.00 | 20,767.01 | 5,112.61 | 0.00 | 0.00 | 0.00 | 25,879.62 |
| 04/22/23 | 04/22/23 | GL | 994000 | 135.00 | 0.00 | 0.00 | 6,509.86 | 1,562.31 | 0.00 | 0.00 | 0.00 | 8,072.17 |
| 04/29/23 | 05/03/23 | Asset | 100138.2000 | 2.00 | 2.00 | 0.00 | 218.50 | 45.85 | 141.57 | 0.00 | 0.00 | 405.92 |
| 04/29/23 | 05/03/23 | Asset | 150.2000 | 3.00 | 0.00 | 0.00 | 131.10 | 29.64 | 89.86 | 0.00 | 0.00 | 250.60 |
| 04/29/23 | 05/03/23 | Asset | 160.2000 | 0.00 | 1.50 | 0.00 | 98.33 | 19.58 | 61.28 | 0.00 | 0.00 | 179.19 |
| 04/29/23 | 05/03/23 | Asset | 180.2000 | 5.50 | 0.00 | 0.00 | 240.35 | 54.34 | 164.75 | 0.00 | 0.00 | 459.44 |
| 04/29/23 | 05/03/23 | Asset | 185.2000 | 0.50 | 0.00 | 0.00 | 21.85 | 4.94 | 14.99 | 0.00 | 0.00 | 41.78 |
| 04/29/23 | 05/03/23 | Asset | 192.2000 | 3.00 | 0.00 | 0.00 | 131.10 | 29.64 | 89.86 | 0.00 | 0.00 | 250.60 |
| 04/29/23 | 05/03/23 | Asset | 195.2000 | 3.00 | 0.00 | 0.00 | 131.10 | 29.64 | 89.86 | 0.00 | 0.00 | 250.60 |
| 04/29/23 | 05/03/23 | Asset | 197.2000 | 2.00 | 0.00 | 0.00 | 87.40 | 19.76 | 59.90 | 0.00 | 0.00 | 167.06 |
| 04/29/23 | 05/03/23 | Asset | L15.2000 | 2.00 | 0.00 | 0.00 | 87.40 | 19.76 | 59.90 | 0.00 | 0.00 | 167.06 |
| 04/29/23 | 05/03/23 | Job | 221.0075.LA | 17.00 | 1.00 | 0.00 | 954.47 | 231.65 | 593.10 | 0.00 | 0.00 | 1,779.22 |
| 05/06/23 | 05/10/23 | Asset | 112.2000 | 1.00 | 0.00 | 0.00 | 44.85 | 10.14 | 30.30 | 0.00 | 0.00 | 85.29 |
| 05/06/23 | 05/10/23 | Asset | 150.2000 | 20.00 | 0.00 | 0.00 | 897.00 | 202.80 | 605.80 | 0.00 | 0.00 | 1,705.60 |
| 05/06/23 | 05/10/23 | Asset | 191.2000 | 2.00 | 0.00 | 0.00 | 89.70 | 20.27 | 60.58 | 0.00 | 0.00 | 170.55 |
| 05/06/23 | 05/10/23 | Asset | 193.2000 | 2.00 | 0.00 | 0.00 | 89.70 | 20.27 | 60.58 | 0.00 | 0.00 | 170.55 |
| 05/06/23 | 05/10/23 | Asset | 777028.2000 | 11.00 | 0.00 | 0.00 | 493.35 | 111.54 | 333.21 | 0.00 | 0.00 | 938.10 |
| 05/06/23 | 05/10/23 | Asset | SA-9.2000 | 4.00 | 0.00 | 0.00 | 179.40 | 40.56 | 121.16 | 0.00 | 0.00 | 341.12 |
| 05/13/23 | 05/17/23 | Asset | 152.2000 | 5.00 | 0.00 | 0.00 | 224.25 | 50.69 | 151.46 | 0.00 | 0.00 | 426.40 |
| 05/13/23 | 05/17/23 | Asset | 154.2000 | 2.00 | 0.00 | 0.00 | 89.70 | 20.27 | 60.58 | 0.00 | 0.00 | 170.55 |
| 05/13/23 | 05/17/23 | Asset | 158.2000 | 2.00 | 0.00 | 0.00 | 89.70 | 20.27 | 60.58 | 0.00 | 0.00 | 170.55 |

## Payroll - Employee Earnings Detail History
## Cornell & Company Inc.

Report Type: Selected Sections by Employee
Year: 2023

Employee: HER679  JOSHUA HERION  Home State: PA  Primary Work Comp Code: 0675

| Period Date | Check Date | State | Gross Wages | State Taxable Wages | Taxable Fringes Included in Pay | Nontaxable Deductions | State Tax | SUTA Taxable Wages | Taxable Fringes Included in Pay | Nontaxable Deductions | SUTA Tax | Employer SUTA Taxable Wages | Employer SUTA Tax | DBL Taxable Wages | Taxable Fringes Included in Pay | Nontaxable Deductions | DBL Tax | Employer DBL Taxable Wages | Employer DBL Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/03/23 | 06/07/23 | PA | 1,794.00 | 1,794.00 | 0.00 | 0.00 | 55.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/10/23 | 06/14/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,794.00 | 0.00 | 0.00 | 7.60 | 1,794.00 | 114.80 | 1,794.00 | 0.00 | 0.00 | 1.06 | 1,794.00 | 8.05 |
| 06/10/23 | 06/14/23 | PA | 1,794.00 | 1,794.00 | 0.00 | 0.00 | 55.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/17/23 | 06/21/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 697.69 | 0.00 | 0.00 | 2.96 | 697.69 | 44.65 | 1,995.83 | 0.00 | 0.00 | 1.21 | 697.69 | 3.15 |
| 06/17/23 | 06/21/23 | PA | 1,995.83 | 1,995.83 | 0.00 | 0.00 | 61.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/24/23 | 06/28/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,217.38 | 0.00 | 0.00 | 1.31 | 0.00 | 0.00 |
| 06/24/23 | 06/28/23 | PA | 2,217.38 | 2,217.38 | 0.00 | 0.00 | 68.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/01/23 | 07/05/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,076.40 | 0.00 | 0.00 | 0.64 | 0.00 | 0.00 |
| 07/01/23 | 07/05/23 | PA | 1,076.40 | 1,076.40 | 0.00 | 0.00 | 33.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/08/23 | 07/12/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,794.00 | 0.00 | 0.00 | 1.10 | 0.00 | 0.00 |
| 07/08/23 | 07/12/23 | PA | 1,794.00 | 1,794.00 | 0.00 | 0.00 | 55.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/15/23 | 07/19/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,942.85 | 0.00 | 0.00 | 1.16 | 0.00 | 0.00 |
| 07/15/23 | 07/19/23 | PA | 1,942.85 | 1,942.85 | 0.00 | 0.00 | 59.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/12/23 | 08/16/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,794.01 | 0.00 | 0.00 | 1.08 | 0.00 | 0.00 |
| 08/12/23 | 08/16/23 | PA | 1,794.01 | 1,794.01 | 0.00 | 0.00 | 55.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/19/23 | 08/23/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,794.01 | 0.00 | 0.00 | 1.06 | 0.00 | 0.00 |
| 08/19/23 | 08/23/23 | PA | 1,794.01 | 1,794.01 | 0.00 | 0.00 | 55.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/26/23 | 08/30/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,839.12 | 0.00 | 0.00 | 1.10 | 0.00 | 0.00 |
| 08/26/23 | 08/30/23 | PA | 1,839.12 | 1,839.12 | 0.00 | 0.00 | 56.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/02/23 | 09/06/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 986.70 | 0.00 | 0.00 | 0.60 | 0.00 | 0.00 |
| 09/02/23 | 09/06/23 | PA | 986.70 | 986.70 | 0.00 | 0.00 | 30.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/09/23 | 09/13/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,794.01 | 0.00 | 0.00 | 1.05 | 0.00 | 0.00 |
| 09/09/23 | 09/13/23 | PA | 1,794.01 | 1,794.01 | 0.00 | 0.00 | 55.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/16/23 | 09/20/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,794.00 | 0.00 | 0.00 | 1.08 | 0.00 | 0.00 |
| 09/16/23 | 09/20/23 | PA | 1,794.00 | 1,794.00 | 0.00 | 0.00 | 55.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/23/23 | 09/27/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,794.02 | 0.00 | 0.00 | 1.07 | 0.00 | 0.00 |
| 09/23/23 | 09/27/23 | PA | 1,794.02 | 1,794.02 | 0.00 | 0.00 | 55.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/30/23 | 10/04/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,794.01 | 0.00 | 0.00 | 1.07 | 0.00 | 0.00 |
| 09/30/23 | 10/04/23 | PA | 1,794.01 | 1,794.01 | 0.00 | 0.00 | 55.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/07/23 | 10/11/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,861.68 | 0.00 | 0.00 | 1.12 | 0.00 | 0.00 |
| 10/07/23 | 10/11/23 | PA | 1,861.68 | 1,861.68 | 0.00 | 0.00 | 57.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/14/23 | 10/18/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,063.10 | 0.00 | 0.00 | 1.23 | 0.00 | 0.00 |
| 10/14/23 | 10/18/23 | PA | 2,063.10 | 2,063.10 | 0.00 | 0.00 | 63.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/21/23 | 10/25/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,794.00 | 0.00 | 0.00 | 1.07 | 0.00 | 0.00 |
| 10/21/23 | 10/25/23 | PA | 1,794.00 | 1,794.00 | 0.00 | 0.00 | 55.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41,100.00 | 0.00 | 0.00 | 174.60 | 41,100.00 | 2,630.26 | 68,737.43 | 0.00 | 0.00 | 41.07 | 41,100.00 | 184.85 |
| | | PA | 68,737.43 | 68,737.43 | 0.00 | 0.00 | 2,110.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | | | 68,737.43 | 68,737.43 | 0.00 | 0.00 | 2,110.25 | 41,100.00 | 0.00 | 0.00 | 174.60 | 41,100.00 | 2,630.26 | 68,737.43 | 0.00 | 0.00 | 41.07 | 41,100.00 | 184.85 |

**Union Wages and Calcs:**

Employee: HER679  JOSHUA HERION

| Period Date | Check Date | Union | Gross Wages | Hours Worked | Hours Paid | Total Deductions | Total Fringes Included in Pay | Total Fringes Not Included in Pay |
|---|---|---|---|---|---|---|---|---|
| 03/25/23 | 03/25/23 | Z001 | 216.52 | 4.00 | 4.00 | 809.85 | 0.00 | 0.00 |
| 04/22/23 | 04/22/23 | Z001 | 4,785.15 | 109.50 | 109.50 | 240.25 | 0.00 | 0.00 |
| 04/29/23 | 05/03/23 | OE542 | 2,101.60 | 42.50 | 44.75 | 81.96 | 0.00 | 1,365.07 |
| 05/06/23 | 05/10/23 | OE542 | 1,794.00 | 40.00 | 40.00 | 69.97 | 0.00 | 1,211.63 |
| 05/13/23 | 05/17/23 | OE542 | 1,905.36 | 32.00 | 32.00 | 74.31 | 0.00 | 1,108.00 |

## Payroll - Employee Earnings Detail History
## Cornell & Company Inc.

Report Type: Selected Sections by Employee
Year: 2023

### Federal Wages and W/H:

Employee: HER679  JOSHUA HERION

| Period Date | Check Date | Regular Hours | Overtime Hours | Double Time Hours | Gross Wages | Federal Taxable Wages | Taxable Fringes Included in Pay | Nontaxable Deductions | Federal Tax | Social Security Taxable Wages | Taxable Fringes Included in Pay | Nontaxable Deductions | Social Security Tax | Medicare Taxable Wages | Taxable Fringes Included in Pay | Nontaxable Deductions | Medicare Tax | EIC | Net Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/25/23 | 03/25/23 | 464.00 | 0.00 | 0.00 | 20,767.01 | 20,767.01 | 0.00 | 0.00 | 2,870.36 | 20,767.01 | 0.00 | 0.00 | 1,287.57 | 20,767.01 | 0.00 | 0.00 | 301.14 | 0.00 | 14,759.85 |
| 04/22/23 | 04/22/23 | 135.00 | 0.00 | 0.00 | 6,509.86 | 6,509.86 | 0.00 | 0.00 | 909.59 | 6,509.86 | 0.00 | 0.00 | 403.62 | 6,509.86 | 0.00 | 0.00 | 94.40 | 0.00 | 4,630.62 |
| 04/29/23 | 05/03/23 | 38.00 | 4.50 | 0.00 | 2,101.60 | 2,101.60 | 0.00 | 0.00 | 333.38 | 2,101.60 | 0.00 | 0.00 | 130.30 | 2,101.60 | 0.00 | 0.00 | 30.47 | 0.00 | 1,450.78 |
| 05/06/23 | 05/10/23 | 40.00 | 0.00 | 0.00 | 1,794.00 | 1,794.00 | 0.00 | 0.00 | 264.04 | 1,794.00 | 0.00 | 0.00 | 111.23 | 1,794.00 | 0.00 | 0.00 | 26.01 | 0.00 | 1,258.99 |
| 05/13/23 | 05/17/23 | 32.00 | 0.00 | 0.00 | 1,905.36 | 1,905.36 | 0.00 | 0.00 | 288.53 | 1,905.36 | 0.00 | 0.00 | 118.13 | 1,905.36 | 0.00 | 0.00 | 27.63 | 0.00 | 1,329.06 |
| 05/20/23 | 05/24/23 | 40.00 | 0.00 | 0.00 | 1,905.36 | 1,905.36 | 0.00 | 0.00 | 288.53 | 1,905.36 | 0.00 | 0.00 | 118.13 | 1,905.36 | 0.00 | 0.00 | 27.63 | 0.00 | 1,329.04 |
| 05/27/23 | 05/31/23 | 40.00 | 0.00 | 0.00 | 1,831.12 | 1,831.12 | 0.00 | 0.00 | 272.20 | 1,831.12 | 0.00 | 0.00 | 113.53 | 1,831.12 | 0.00 | 0.00 | 26.55 | 0.00 | 1,282.35 |
| 06/03/23 | 06/07/23 | 40.00 | 0.00 | 0.00 | 1,794.00 | 1,794.00 | 0.00 | 0.00 | 264.04 | 1,794.00 | 0.00 | 0.00 | 111.23 | 1,794.00 | 0.00 | 0.00 | 26.01 | 0.00 | 1,258.99 |
| 06/10/23 | 06/14/23 | 32.00 | 0.00 | 0.00 | 1,794.00 | 1,794.00 | 0.00 | 0.00 | 264.04 | 1,794.00 | 0.00 | 0.00 | 111.23 | 1,794.00 | 0.00 | 0.00 | 26.01 | 0.00 | 1,273.01 |
| 06/17/23 | 06/21/23 | 40.00 | 3.00 | 0.00 | 1,995.83 | 1,995.83 | 0.00 | 0.00 | 308.44 | 1,995.83 | 0.00 | 0.00 | 123.74 | 1,995.83 | 0.00 | 0.00 | 28.94 | 0.00 | 1,391.43 |
| 06/24/23 | 06/28/23 | 40.00 | 4.50 | 0.00 | 2,217.38 | 2,217.38 | 0.00 | 0.00 | 361.17 | 2,217.38 | 0.00 | 0.00 | 137.48 | 2,217.38 | 0.00 | 0.00 | 32.15 | 0.00 | 1,530.72 |
| 07/01/23 | 07/05/23 | 24.00 | 0.00 | 0.00 | 1,076.40 | 1,076.40 | 0.00 | 0.00 | 106.16 | 1,076.40 | 0.00 | 0.00 | 66.74 | 1,076.40 | 0.00 | 0.00 | 15.61 | 0.00 | 812.22 |
| 07/08/23 | 07/12/23 | 40.00 | 0.00 | 0.00 | 1,794.00 | 1,794.00 | 0.00 | 0.00 | 264.04 | 1,794.00 | 0.00 | 0.00 | 111.23 | 1,794.00 | 0.00 | 0.00 | 26.01 | 0.00 | 1,266.57 |
| 07/15/23 | 07/19/23 | 40.00 | 1.50 | 0.00 | 1,942.85 | 1,942.85 | 0.00 | 0.00 | 296.78 | 1,942.85 | 0.00 | 0.00 | 120.46 | 1,942.85 | 0.00 | 0.00 | 28.17 | 0.00 | 1,360.86 |
| 08/12/23 | 08/16/23 | 40.00 | 0.00 | 0.00 | 1,794.01 | 1,794.01 | 0.00 | 0.00 | 264.04 | 1,794.01 | 0.00 | 0.00 | 111.23 | 1,794.01 | 0.00 | 0.00 | 26.01 | 0.00 | 1,266.60 |
| 08/19/23 | 08/23/23 | 40.00 | 0.00 | 0.00 | 1,794.01 | 1,794.01 | 0.00 | 0.00 | 264.04 | 1,794.01 | 0.00 | 0.00 | 111.23 | 1,794.01 | 0.00 | 0.00 | 26.01 | 0.00 | 1,266.62 |
| 08/26/23 | 08/30/23 | 40.00 | 0.00 | 0.00 | 1,839.12 | 1,839.12 | 0.00 | 0.00 | 273.96 | 1,839.12 | 0.00 | 0.00 | 114.03 | 1,839.12 | 0.00 | 0.00 | 26.67 | 0.00 | 1,295.17 |
| 09/02/23 | 09/06/23 | 22.00 | 0.00 | 0.00 | 986.70 | 986.70 | 0.00 | 0.00 | 92.13 | 986.70 | 0.00 | 0.00 | 61.18 | 986.70 | 0.00 | 0.00 | 14.31 | 0.00 | 749.71 |
| 09/09/23 | 09/13/23 | 40.00 | 0.00 | 0.00 | 1,794.01 | 1,794.01 | 0.00 | 0.00 | 264.04 | 1,794.01 | 0.00 | 0.00 | 111.23 | 1,794.01 | 0.00 | 0.00 | 26.01 | 0.00 | 1,266.63 |
| 09/16/23 | 09/20/23 | 40.00 | 0.00 | 0.00 | 1,794.00 | 1,794.00 | 0.00 | 0.00 | 264.04 | 1,794.00 | 0.00 | 0.00 | 111.23 | 1,794.00 | 0.00 | 0.00 | 26.01 | 0.00 | 1,266.59 |
| 09/23/23 | 09/27/23 | 40.00 | 0.00 | 0.00 | 1,794.02 | 1,794.02 | 0.00 | 0.00 | 264.04 | 1,794.02 | 0.00 | 0.00 | 111.23 | 1,794.02 | 0.00 | 0.00 | 26.01 | 0.00 | 1,266.62 |
| 09/30/23 | 10/04/23 | 40.00 | 0.00 | 0.00 | 1,794.01 | 1,794.01 | 0.00 | 0.00 | 264.04 | 1,794.01 | 0.00 | 0.00 | 111.23 | 1,794.01 | 0.00 | 0.00 | 26.01 | 0.00 | 1,266.61 |
| 10/07/23 | 10/11/23 | 40.00 | 0.00 | 0.00 | 1,861.68 | 1,861.68 | 0.00 | 0.00 | 278.93 | 1,861.68 | 0.00 | 0.00 | 115.42 | 1,861.68 | 0.00 | 0.00 | 26.99 | 0.00 | 1,309.46 |
| 10/14/23 | 10/18/23 | 40.00 | 4.00 | 0.00 | 2,063.10 | 2,063.10 | 0.00 | 0.00 | 324.14 | 2,063.10 | 0.00 | 0.00 | 127.91 | 2,063.10 | 0.00 | 0.00 | 29.91 | 0.00 | 1,436.13 |
| 10/21/23 | 10/25/23 | 40.00 | 0.00 | 0.00 | 1,794.00 | 1,794.00 | 0.00 | 0.00 | 264.04 | 1,794.00 | 0.00 | 0.00 | 111.23 | 1,794.00 | 0.00 | 0.00 | 26.01 | 0.00 | 1,266.60 |
| **Employee: HER679** | | **1,467.00** | **17.50** | **0.00** | **68,737.43** | **68,737.43** | **0.00** | **0.00** | **9,908.74** | **68,737.43** | **0.00** | **0.00** | **4,261.77** | **68,737.43** | **0.00** | **0.00** | **996.68** | **0.00** | **48,591.21** |

### State Wages and W/H:

Employee: HER679  JOSHUA HERION  Home State: PA  Primary Work Comp Code: 0675

| Period Date | Check Date | State | Gross Wages | State Taxable Wages | Taxable Fringes Included in Pay | Nontaxable Deductions | State Tax | SUTA Taxable Wages | Taxable Fringes Included in Pay | Nontaxable Deductions | SUTA Tax | Employer SUTA Taxable Wages | Employer SUTA Tax | DBL Taxable Wages | Taxable Fringes Included in Pay | Nontaxable Deductions | DBL Tax | Employer DBL Taxable Wages | Employer DBL Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/25/23 | 03/25/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,767.01 | 0.00 | 0.00 | 88.32 | 20,767.01 | 1,329.05 | 20,767.01 | 0.00 | 0.00 | 12.40 | 20,767.01 | 93.48 |
| 03/25/23 | 03/25/23 | PA | 20,767.01 | 20,767.01 | 0.00 | 0.00 | 637.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/22/23 | 04/22/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,509.86 | 0.00 | 0.00 | 27.66 | 6,509.86 | 416.63 | 6,509.86 | 0.00 | 0.00 | 3.87 | 6,509.86 | 29.27 |
| 04/22/23 | 04/22/23 | PA | 6,509.86 | 6,509.86 | 0.00 | 0.00 | 199.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/29/23 | 05/03/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,101.60 | 0.00 | 0.00 | 8.94 | 2,101.60 | 134.49 | 2,101.60 | 0.00 | 0.00 | 1.25 | 2,101.60 | 9.44 |
| 04/29/23 | 05/03/23 | PA | 2,101.60 | 2,101.60 | 0.00 | 0.00 | 64.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/06/23 | 05/10/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,794.00 | 0.00 | 0.00 | 7.60 | 1,794.00 | 114.80 | 1,794.00 | 0.00 | 0.00 | 1.08 | 1,794.00 | 8.06 |
| 05/06/23 | 05/10/23 | PA | 1,794.00 | 1,794.00 | 0.00 | 0.00 | 55.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/13/23 | 05/17/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,905.36 | 0.00 | 0.00 | 8.08 | 1,905.36 | 121.93 | 1,905.36 | 0.00 | 0.00 | 1.13 | 1,905.36 | 8.55 |
| 05/13/23 | 05/17/23 | PA | 1,905.36 | 1,905.36 | 0.00 | 0.00 | 58.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/20/23 | 05/24/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,905.36 | 0.00 | 0.00 | 8.08 | 1,905.36 | 121.93 | 1,905.36 | 0.00 | 0.00 | 1.15 | 1,905.36 | 8.57 |
| 05/20/23 | 05/24/23 | PA | 1,905.36 | 1,905.36 | 0.00 | 0.00 | 58.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/27/23 | 05/31/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,831.12 | 0.00 | 0.00 | 7.76 | 1,831.12 | 117.18 | 1,831.12 | 0.00 | 0.00 | 1.10 | 1,831.12 | 8.22 |
| 05/27/23 | 05/31/23 | PA | 1,831.12 | 1,831.12 | 0.00 | 0.00 | 56.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/03/23 | 06/07/23 | NJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,794.00 | 0.00 | 0.00 | 7.60 | 1,794.00 | 114.80 | 1,794.00 | 0.00 | 0.00 | 1.08 | 1,794.00 | 8.06 |

Company Name: Cornell & Company, Inc.
Employee ID#: HER679
Employee Name: JOSHUA HERION
Pay Period: 10/15/23 to 10/21/23
Job Number:

**CORNELL & COMPANY, INC.**

Control # 349576

| DESCRIPTION | HOURS | RATE | EARNINGS | YTD TOTAL | DESCRIPTION | DEDUCTIONS | YTD TOTAL | OTHER | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 40.00 | 44.85 | 1,794.00 | 64,699.69 | Federal Tax W/Held | 264.04 | 9,908.74 | | |
| Overtime Hours | 0.00 | | 0.00 | 1,194.94 | Soc. Sec. Tax W/Held | 111.23 | 4,261.77 | | |
| Holiday | 0.00 | | 0.00 | 1,775.60 | Medicare W/Held | 26.01 | 996.68 | | |
| Retro Pay Vacation | 0.00 | | 0.00 | 1,067.20 | PA State Income Tax W | 55.08 | 2,110.25 | | |
| | | | | | NJ SUI W/Held | 0.00 | 174.60 | | |
| | | | | | NJ Disability Insurance | 1.07 | 41.07 | | |
| | | | | | Union Deduction | 0.00 | 1,050.10 | | |
| | | | | | Union Dues | 69.97 | 1,603.01 | | |

| CURRENT HOURS | CURRENT EARNINGS | CURRENT DEDUCTIONS | OTHER ADDITIONS | CURRENT CHECK AMOUNT | YTD TOTAL EARNINGS | YTD DEDUCTIONS | YTD OTHER ADDITIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|---|
| 40.00 | 1,794.00 | 527.40 | 0.00 | 1,266.60 | 68,737.43 | 20,146.22 | 0.00 | 48,591.21 |

Company Name: Cornell & Company, Inc.
Employee ID#: HER679
Employee Name: JOSHUA HERION
Pay Period: 10/22/23 to 10/28/23
Job Number:

**CORNELL & COMPANY, INC.**

Control # 349700

| DESCRIPTION | HOURS | RATE | EARNINGS | YTD TOTAL | DESCRIPTION | DEDUCTIONS | YTD TOTAL | OTHER | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 28.00 | 44.85 | 1,255.80 | | Federal Tax W/Held | 195.03 | 10,103.77 | | |
| Regular Hours | 4.00 | 56.13 | 224.52 | 66,180.01 | Soc. Sec. Tax W/Held | 91.78 | 4,353.55 | | |
| Overtime Hours | 0.00 | | 0.00 | 1,194.94 | Medicare W/Held | 21.46 | 1,018.14 | | |
| Holiday | 0.00 | | 0.00 | 1,775.60 | PA State Income Tax W | 45.45 | 2,155.70 | | |
| Retro Pay Vacation | 0.00 | | 0.00 | 1,067.20 | NJ SUI W/Held | 0.00 | 174.60 | | |
| | | | | | NJ Disability Insurance | 0.89 | 41.96 | | |
| | | | | | Union Deduction | 0.00 | 1,050.10 | | |
| | | | | | Union Dues | 57.73 | 1,660.74 | | |

| CURRENT HOURS | CURRENT EARNINGS | CURRENT DEDUCTIONS | OTHER ADDITIONS | CURRENT CHECK AMOUNT | YTD TOTAL EARNINGS | YTD DEDUCTIONS | YTD OTHER ADDITIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|---|
| 32.00 | 1,480.32 | 412.34 | 0.00 | 1,067.98 | 70,217.75 | 20,558.56 | 0.00 | 49,659.19 |

Company Name: Cornell & Company, Inc.
Employee ID#: HER679
Employee Name: JOSHUA HERION
Pay Period: 10/29/23 to 11/04/23
Job Number:

**CORNELL & COMPANY, INC.**

Control # 349821

| DESCRIPTION | HOURS | RATE | EARNINGS | YTD TOTAL | DESCRIPTION | DEDUCTIONS | YTD TOTAL | OTHER | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 40.00 | 44.85 | 1,794.00 | 67,974.01 | Federal Tax W/Held | 324.14 | 10,427.91 | | |
| Overtime Hours | 4.00 | 67.275 | 269.10 | 1,464.04 | Soc. Sec. Tax W/Held | 127.91 | 4,481.46 | | |
| Holiday | 0.00 | | 0.00 | 1,775.60 | Medicare W/Held | 29.91 | 1,048.05 | | |
| Retro Pay Vacation | 0.00 | | 0.00 | 1,067.20 | PA State Income Tax W | 63.34 | 2,219.04 | | |
| | | | | | NJ SUI W/Held | 0.00 | 174.60 | | |
| | | | | | NJ Disability Insurance | 1.23 | 43.19 | | |
| | | | | | Union Deduction | 0.00 | 1,050.10 | | |
| | | | | | Union Dues | 80.46 | 1,741.20 | | |

| CURRENT HOURS | CURRENT EARNINGS | CURRENT DEDUCTIONS | OTHER ADDITIONS | CURRENT CHECK AMOUNT | YTD TOTAL EARNINGS | YTD DEDUCTIONS | YTD OTHER ADDITIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|---|
| 44.00 | 2,063.10 | 626.99 | 0.00 | 1,436.11 | 72,280.85 | 21,185.55 | 0.00 | 51,095.30 |

Company Name: Cornell & Company, Inc.
Employee ID#: HER679
Employee Name: JOSHUA HERION
Pay Period: 11/05/23 to 11/11/23
Job Number:

**CORNELL & COMPANY, INC.**

Control # 349938

| DESCRIPTION | HOURS | RATE | EARNINGS | YTD TOTAL | DESCRIPTION | DEDUCTIONS | YTD TOTAL | OTHER | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 40.00 | 44.85 | 1,794.00 | 69,768.01 | Federal Tax W/Held | 264.04 | 10,691.95 | | |
| Overtime Hours | 0.00 | | 0.00 | 1,464.04 | Soc. Sec. Tax W/Held | 111.23 | 4,592.69 | | |
| Holiday | 0.00 | | 0.00 | 1,775.60 | Medicare W/Held | 26.01 | 1,074.06 | | |
| Retro Pay Vacation | 0.00 | | 0.00 | 1,067.20 | PA State Income Tax W | 55.08 | 2,274.12 | | |
| | | | | | NJ SUI W/Held | 0.00 | 174.60 | | |
| | | | | | NJ Disability Insurance | 1.05 | 44.24 | | |
| | | | | | Union Deduction | 0.00 | 1,050.10 | | |
| | | | | | Union Dues | 69.97 | 1,811.17 | | |

| CURRENT HOURS | CURRENT EARNINGS | CURRENT DEDUCTIONS | OTHER ADDITIONS | CURRENT CHECK AMOUNT | YTD TOTAL EARNINGS | YTD DEDUCTIONS | YTD OTHER ADDITIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|---|
| 40.00 | 1,794.00 | 527.38 | 0.00 | 1,266.62 | 74,074.85 | 21,712.93 | 0.00 | 52,361.92 |