L.B.F. 3015-6A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joshua S Herion            :      Chapter 13
                                       :
           Debtor(s)                :      Bky. No. 23-13569-amc

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

       I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

**Date: 3/11/24**                        /s/ S. J. Litvak, Esq.

                                            Sergey Joseph Litvak, Esq.
                                            Attorney for Debtor(s)

**Date:**

                                            [name]
                                            Debtor

**Date:**

                                            [name]
                                            Debtor