United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13569-amc |
| Joshua S Herion | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 14, 2024 | Form ID: 155 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua S Herion, 1049 Wayland Ave, Bensalem, PA 19020-3906 |
| 14833713 | + | Chase, Cardmember Services, PO Box 1423, Washington, DC 20013-1423 |
| 14833715 | #+ | Hill Wallack LLP, Jill M. Feein Esq., 777 Township Line Road Ste 250, Morrisville, PA 19067-5565 |
| 14833717 | + | Planet Home Landing, 321 Research Parkway, Ste 303, Meriden, CT 06450-8342 |
| 14838920 | + | Planet Home Lending, LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14833718 | + | Sheriff Frederick A. Harran, Bucks County Justice Center, 100 North Main Street, Doylestown, PA 18901-3711 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14833712 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:28:33 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 14835574 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2024 00:28:41 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14852107 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2024 00:28:33 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14845317 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2024 00:16:11 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14834140 | + | Email/Text: bankruptcy@cavps.com | Mar 15 2024 00:13:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14833714 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 15 2024 00:16:10 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14840413 | + | Email/Text: RASEBN@raslg.com | Mar 15 2024 00:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14851696 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:27:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14845003 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2024 00:28:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14833716 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2024 00:15:43 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14848958 | + | Email/Text: BKMAIL@planethomelending.com | Mar 15 2024 00:13:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 14838542 | ^ | MEBN | Mar 15 2024 00:10:02 | Planet Home Lending, LLC, C/O KML Law |

| | | | |
|---|---|---|---|
| 14851219 | + Email/PDF: ebn_ais@aisinfo.com | Mar 15 2024 00:27:15 | Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541<br>Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MARK A. CRONIN | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SERGEY JOSEPH LITVAK | on behalf of Debtor Joshua S Herion joelitvakesq@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Joshua S Herion

Debtor(s).

Case No. 23−13569−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 14, 2024

For The Court

Ashely M. Chan
Judge, United States Bankruptcy Court