IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Joshua S Herion | : | CHAPTER 13 |
| | : | BKY. NO. 23-13569-amc |
| Debtor | : | Hon. Ashley M. Chan |

## ORDER

AND NOW, this 18th day of July 2024, upon consideration of the Motion to Modify Confirmed Chapter 13 Plan filed by Sergey Joseph Litvak, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor is allowed to modify the confirmed Chapter 13 Plan.

_____
Honorable Ashely M. Chan            .

Copies to:

Sergey Joseph Litvak, Esq.
Litvak Legal Group, PLLC.
3070 Bristol Pike
Building One, Suite 204
Bensalem, PA 19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Trustee
Debtor
Creditors