| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-13569-AMC**

Joshua S Herion  
1049 Wayland Ave  
Bensalem  PA   19020

Petition Filed Date: 11/27/2023  
341 Hearing Date: 01/26/2024  
Confirmation Date: 03/14/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/20/2023 | $160.74 | | 12/22/2023 | $160.00 | | 01/02/2024 | $160.00 | |
| 01/08/2024 | $160.00 | | 01/12/2024 | $160.00 | | 01/22/2024 | $160.00 | |
| 01/26/2024 | $160.00 | | 02/02/2024 | $160.00 | | 02/09/2024 | $160.00 | |
| 02/16/2024 | $160.00 | | 02/26/2024 | $160.00 | | 03/01/2024 | $160.00 | |
| 03/08/2024 | $327.50 | | 03/15/2024 | $327.50 | | 03/22/2024 | $327.50 | |
| 04/01/2024 | $327.50 | | 04/05/2024 | $327.50 | | 04/12/2024 | $327.50 | |
| 04/19/2024 | $327.50 | | 04/26/2024 | $327.50 | | 05/03/2024 | $327.50 | |
| 05/10/2024 | $327.50 | | 07/17/2024 | $509.33 | | | | |

**Total Receipts for the Period:  $5,705.07    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,705.07**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | SERGEY JOSEPH LITVAK  ESQ | Attorney Fees | $3,318.00 | $3,318.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»»  001 | Unsecured Creditors | $776.81 | $0.00 | $776.81 |
| 2 | CHASE BANK USA NA<br>»»  002 | Unsecured Creditors | $1,352.34 | $0.00 | $1,352.34 |
| 3 | MERRICK BANK<br>»»  003 | Unsecured Creditors | $321.83 | $0.00 | $321.83 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $1,364.59 | $0.00 | $1,364.59 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»»  005 | Unsecured Creditors | $299.53 | $0.00 | $299.53 |
| 6 | PLANET HOME LENDING LLC<br>»»  006 | Mortgage Arrears | $120.82 | $120.82 | $0.00 |
| 7 | SYNCHRONY BANK<br>»»  007 | Unsecured Creditors | $75.40 | $0.00 | $75.40 |
| 8 | LVNV FUNDING LLC<br>»»  008 | Unsecured Creditors | $729.23 | $0.00 | $729.23 |
| 9 | CAPITAL ONE AUTO FINANCE<br>»»  009 | Secured Creditors | $19,654.40 | $1,195.75 | $18,458.65 |
| 0 | SERGEY JOSEPH LITVAK  ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

Chapter 13 Case No. 23-13569-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,705.07 | Current Monthly Payment: | $509.33 |
| Paid to Claims: | $5,134.57 | Arrearages: | $509.49 |
| Paid to Trustee: | $570.50 | Total Plan Base: | $31,681.06 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.