United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Joshua S Herion  
    Debtor

Case No. 23-13569-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 02, 2025      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua S Herion, 1049 Wayland Ave, Bensalem, PA 19020-3906 |
| 14833713 | + | Chase, Cardmember Services, PO Box 1423, Washington, DC 20013-1423 |
| 14833717 | + | Planet Home Landing, 321 Research Parkway, Ste 303, Meriden, CT 06450-8342 |
| 14838920 | + | Planet Home Lending, LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14833718 | + | Sheriff Frederick A. Harran, Bucks County Justice Center, 100 North Main Street, Doylestown, PA 18901-3711 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 02 2025 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2025 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14833712 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2025 00:08:42 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 14835574 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 03 2025 00:08:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14852107 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 03 2025 00:08:32 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14845317 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2025 00:08:22 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14834140 | + | Email/Text: bankruptcy@cavps.com | May 02 2025 23:58:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14833714 | + | Email/PDF: creditonebknotifications@resurgent.com | May 03 2025 00:09:03 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14840413 | + | Email/Text: RASEBN@raslg.com | May 02 2025 23:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14851696 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2025 00:08:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14845003 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 03 2025 00:08:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14833716 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 03 2025 00:08:42 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14848958 | + | Email/Text: BKMAIL@planethomelending.com | May 02 2025 23:58:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 14838542 | ^ | MEBN | May 02 2025 23:57:18 | Planet Home Lending, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14851219 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 03 2025 00:08:42 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14833715 | ##+ | Hill Wallack LLP, Jill M. Feein Esq., 777 Township Line Road Ste 250, Morrisville, PA 19067-5565 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2025 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SERGEY JOSEPH LITVAK
    on behalf of Debtor Joshua S Herion joelitvakesq@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Joshua S Herion<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-13569-AMC |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: May 2, 2025

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE